Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1247
(Serial No. 10/910,415)

IN RE DANIEL J. HERBOLD

Brett A. North, Garvey, Smith, Nehrbass & North, L.L.C., of Metairie, Louisiana, for appellant.

Raymond T. Chen, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for the Director of the United States Patent and Trademark Office. With him on the brief were William G. Jenks, Frances M. Lynch, and Sydney O. Johnson, Jr., Associate Solicitors.

Appealed from: United States Patent and Trademark Office
                      Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1247
(Serial No. 10/910,415)

IN RE DANIEL J. HERBOLD

# Judgment

ON APPEAL from the    United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

in CASE NO(S).    Serial No. 10/910,415

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   October 22, 2009       /s/ Jan Horbaly
                                  Jan Horbaly, Clerk